UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:10-CR-55-2D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| MICHAEL ELLIS WIGGINS | ) | |

For good cause shown, the United States' Motion for Temporary Removal of Defendant From Marshals Service Custody is hereby GRANTED. It is hereby ORDERED that the United States Marshals Service shall permit any of the following officers of the Wake County Sheriff's Office to take temporary custody of Defendant for on December 14, 2008: David Butler, Edward Blomgren, and Scott Ikerd.

It is further ORDERED that the officers shall employ appropriate physical security restraints at all times that the Defendant is in their custody.

It is further ORDERED that Defendant shall be returned to the Marshal's custody by the close of business on December 14, 2010.

SO ORDERED, this __7__ day of December, 2010.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE