IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-55-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL ELLIS WIGGINS, ) | |
| ) | |
| Defendant. ) | |

On April 20, 2021, Michael Ellis Wiggins filed a motion for reconsideration [D.E. 110] of this court's order of December 10, 2020. See [D.E. 104]. The court has considered Wiggins's motion for reconsideration. Cf. Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 110] lacks merit and is DENIED.

SO ORDERED. This 20 day of April 2021.

JAMES C. DEVER III
United States District Judge